# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)                          19-4 C

Names: _____

Location of Plaintiff(s)/Petitioner(s) (city/state): _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____

    Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____

Street Address: _____

City-State-ZIP: _____

Telephone & Facsimile Numbers: _____

E-mail Address: _____

Is the attorney of record admitted to the Court of Federal Claims Bar?     □ Yes   □ No

_____

Nature of Suit Code: _____     Agency Identification Code: _____
Select only one (three digit) nature-of-suit code from the
attached sheet.                                          Number of Claims Involved: _____

Amount Claimed: $ _____
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____

    Is plaintiff a small business?                    □ Yes   □ No

    Was this action preceded by the filing of a       □ Yes   □ No
    protest before the GAO?

    If yes, was a decision on the merits rendered?    □ Yes   □ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed     □ Yes   □ No
case(s) in the United States Court of Federal Claims? If yes, you are
required to file a separate notice of directly related case(s). See RCFC 40.2.

**<u>Attachment to Civil Cover Sheet</u>**

<u>Names of Plaintiffs</u>

1. Grayson Sharp
2. Justin Tarovisky

<u>Location of Plaintiffs</u>

Waymart, Pennsylvania
Morgantown, West Virginia

<u>Notice of Directly Related Case</u>

Pursuant to RCFC 40.2, this case involves similar parties and is based on the same or similar claims in the following case in this Court:  *Martin et al. v. the Unites States*, No. 13-834C.  Plaintiffs believe that assigning the case to the same judge can be expected to conserve judicial resources and promote the efficient administration of justice.