# In the United States Court of Federal Claims

Case No.: 19-4 C
Filed: January 3, 2019

JUSTIN TAROVISKY, et al.

v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:
Judge Patricia E. Campbell-Smith

    Pursuant to Rule 40.1 of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

_____
Lisa L. Reyes
Clerk of Court