# In the United States Court of Federal Claims

No. 19-04C
(E-Filed: June 17, 2020)

| | |
|---|---|
| JUSTIN TAROVISKY, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>MULTIPLE PLAINTIFFS SUMMARY ORDER</u>

This case involves multiple plaintiffs. <u>See</u> ECF No. 17 (second amended complaint). For proper case management and statistical purposes, plaintiffs shall create and maintain a summary, in the form of a chart, that accounts for each plaintiff added to this case, and the status of each plaintiff's participation in the case, as the contours of the case shift. The chart shall include five columns of information: (1) the first column shall identify the plaintiff either by name or pseudonym, if applicable; (2) the second column shall identify the state of residency of the plaintiff; (3) the third column shall identify the complaint in which the plaintiff was first included; (4) the fourth column shall state whether the plaintiff remains a party to the case; and (5) if the plaintiff is no longer a party to the case, the fifth column shall state the date on which the plaintiff was dismissed from the case, and include a citation to the court's case management/electronic case management (CM/ECF) system for such dismissal.

On or before **July 15, 2020**, plaintiffs are directed to **FILE** a **status report** attaching their multiple plaintiffs summary to include the required information for all plaintiffs who have been named in the complaints filed in this case. Plaintiffs are further directed to **FILE** an **updated chart** following these same procedures within **seven days** of **adding or removing any plaintiffs** for the duration of this case. Plaintiffs shall file all such charts under the "Status Report (Multiple Plaintiffs Summary)" docketing event in the court's CM/ECF system.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge