# In the United States Court of Federal Claims

No. 19-04C

(E-Filed: January 14, 2021)

|  |  |
|---|---|
| JUSTIN TAROVISKY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

### ORDER

      On January 11, 2021, plaintiffs filed a motion for leave to file additional section 216(b) opt-in notices in this matter.  See ECF No. 116.  Therein, plaintiffs "request leave to file additional consent forms as needed prior to the expiration of the statute of limitations for pay violations occurring in the [p]ay [p]eriods ending on December 22, 2018, January 5, 2019, [and] January 19, 2019."  Id. at 1.  Plaintiffs further report that defendant "does not object to plaintiffs filing additional consent to join forms before the expiration of the statute of limitations," but reserves "the right to object to the adequacy and nature of the forms if necessary . . . with the . . . understanding that [defendant does] not object to plaintiffs curing any defects, if the [c]ourt determines that any exist, after the expiration of the statute of limitations runs."  Id. at 2.

      Accordingly, for good cause shown:

(1)    Plaintiffs' motion, ECF No. 116, is **GRANTED**.  Plaintiffs may **FILE** additional opt-in notices **as necessary**, by filing a **notice** attaching:

    (a)    their opt-in notice summary to include the required information, as identified in this court's November 18, 2020 order, ECF No. 61, for all individuals who have filed such notices in this case; and

    (b)    the opt-in notices for all individuals received by plaintiffs but not previously filed on the docket in this case.

2

IT IS SO ORDERED.

                                                           s/Patricia E. Campbell-Smith
                                                           PATRICIA E. CAMPBELL-SMITH
                                                           Judge