# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JUSTIN TAROVISKY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 19-4C |
| ) | (Judge Campbell-Smith) |
| UNITED STATES OF AMERICA, ) | |
| ) | Collective Action |
| Defendant. ) | |
| ) | |

## PLAINTIFFS' NOTICE OF FILING ADDITIONAL SET OF OPT-IN CONSENT FORMS PURSUANT TO COURT'S JANUARY 14, 2021 ORDER

Pursuant to the Court's January 14, 2021 Order (ECF No. 119), Plaintiffs submit the attached opt-in notices for 160 additional individuals who submitted consent forms to join this case. Plaintiffs also submit the attached summary chart listing the required information for the 43,620 total plaintiffs whose consent forms we have submitted to date (ECF Nos. 151, 136, 135, 129–31, 127, 124, 122, 120–21, 118, 114–115, 107–110, 86, 78–84), as well as the 17 named plaintiffs previously set forth in the July 15, 2020 Multiple Plaintiffs Summary Status Report, ECF No. 58.

Respectfully submitted,

 s/ Heidi R. Burakiewicz
HEIDI R. BURAKIEWICZ
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW, Suite 1000
Washington, DC 20006
(202) 331-9260 (phone)
(877) 219-7127 (fax)
hburakiewicz@kcnlaw.com

*Counsel of Record for the Plaintiffs*


Judith Galat
Assistant General Counsel
American Federation of Government Employees
80 F Street, NW
Washington, DC 20001
(202) 639-6424 (phone)
(202) 639-6441 (fax)
galatj@afge.org

*Of Counsel for the Plaintiffs*

Date: July 22, 2021

## CERTIFICATE OF SERVICE

I certify that on the date below, the foregoing Plaintiffs' Notice of Filing was filed electronically and served electronically on Defendant's counsel of record by the court's electronic filing system.

 s/ Heidi R. Burakiewicz
Heidi R. Burakiewicz

Date: July 22, 2021