# United States Court of Appeals
# for the Federal Circuit

---

**ELEAZAR AVALOS, JAMES DAVIS,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2021-2008

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00048-PEC, Judge Patricia E. Campbell-Smith.

--------------------------------------------------

**L. KEVIN ARNOLD, MARTIN LEE, MARK MUNOZ, MATTHEW PERRY, AARON SAVAGE, JENNIFER TAYLOR, RALPH FULVIO, DAVID KIRSH, ROBERT RIGGS,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2021-2009

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00059-PEC, Judge Patricia E. Campbell-Smith.

-------------------------------------------------

**ROBERTO HERNANDEZ, JOSEPH QUINTANAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*
_____

2021-2010
_____

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00063-PEC, Judge Patricia E. Campbell-Smith.

-------------------------------------------------

**LORI ANELLO, KARL BLACK, GEORGE CLARY, WILLIAM DENELL, JUSTIN GROSSNICKLE, ERIC INKROTE, TIMOTHY MCGREW, MARK MILLER, DAVID NALBORCZYK, MARTIN NEAL, JR., LUKE PALMER, THOMAS RHINEHART, JR., IVAN TODD,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*
_____

2021-2011

---

Appeal from the United States Court of Federal Claims
in No. 1:19-cv-00118-PEC, Judge Patricia E. Campbell-
Smith.

-------------------------------------------------

**BRIAN RICHMOND, ADAM SMITH, THOMAS
MOORE, CHRIS BARRETT, WILLIAM ADAMS,
KELLY BUTTERBAUGH, DAN ERZAL, BRIAN W.
KLINE, KEVIN J. SHEEHAN, JASON KARLHEIM,
CHARLES PINNIZZOTTO, JASON DIGNAN,
MATHEW BECK, STEPHEN SHRIFT, JAMES
BIANCONI, CHRISTOPHER GRAFTON, JESSE
CARTER, MICHAEL CRUZ, CARL WARNER, BRIAN
OWENS, BRIAN MUELLER, BRYAN BOWER,
COREY TRAMMEL, JAMES KIRKLAND,
KIMBERLY BUSH, BOBBY MARBURGER, RODNEY
ATKINS, LEONEL HERNANDEZ, JOSEPH
AUGUSTA, EDWARD WATT,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

_____

2021-2012

_____

Appeal from the United States Court of Federal Claims
in No. 1:19-cv-00161-PEC, Judge Patricia E. Campbell-
Smith.

-------------------------------------------------

**JUSTIN TAROVISKY, GRAYSON SHARP, SANDRA
PARR, JUSTIN BIEGER, JAMES BRATTON,**

**WILLIAM FROST, STEVE GLASER, AARON
HARDIN, STUART HILLENBRAND, JOSEPH
KARWOSKI, PATRICK RICHOUX, DERRECK
ROOT, CARLOS SHANNON, SHANNON
SWAGGERTY, GEOFFRY WELLEIN, BECKY
WHITE, TAMMY WILSON,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*
_____

2021-2014
_____

Appeal from the United States Court of Federal Claims
in No. 1:19-cv-00004-PEC, Judge Patricia E. Campbell-Smith.

-------------------------------------------------

**QUENTIN BACA, LEPHAS BAILEY,
CHRISTOPHER BALLESTER, KEVIN BEINE,
DAVID BELL, RICHARD BLAM, MAXIMILIAN
CRAWFORD, MATTHEW CRUMRINE, JOHN
DEWEY, JEFFREY DIAMOND,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*
_____

2021-2015
_____

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00213-PEC, Judge Patricia E. Campbell-Smith.

------------------------------------------------

**DAVID JONES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*
_____

2021-2016
_____

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00257-PEC, Judge Patricia E. Campbell-Smith.

------------------------------------------------

**TONY ROWE, ALIEU JALLOW, KARLETTA BAHE, JOHNNY DURANT, JESSE A. MCKAY, III, GEORGE DEMARCE, JACQUIE DEMARCE,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*
_____

2021-2017
_____

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00067-PEC, Judge Patricia E. Campbell-Smith.

-------------------------------------------------

**D. P., T. S., J. V.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

_____

2021-2018

_____

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00054-PEC, Judge Patricia E. Campbell-Smith.

-------------------------------------------------

**PLAINTIFF NO. 1, PLAINTIFF NO. 2, PLAINTIFF NO. 3, PLAINTIFF NO. 4,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

_____

2021-2019

_____

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00094-PEC, Judge Patricia E. Campbell-Smith.

-------------------------------------------------

**I. P., A. C., S. W., D. W., P. V., M. R., R. C., K. W., B. G., R. H., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2021-2020

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00095-PEC, Judge Patricia E. Campbell-Smith.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered November 30, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 17, 2023                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court